# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATHANIAL E. FREEMAN,<br><br>   Plaintiff,<br><br> v.<br><br>Quicken Loans, Inc.,<br><br>   Defendant. | Case No. 1:18-cv-01052<br><br>Judge Marvin E. Aspen |

## QUICKEN LOANS INC.'S MOTION TO DISMISS

Quicken Loans Inc. ("Quicken Loans") respectively moves pursuant to Federal Rules of Civil Procedure 12(b)(2) and (6) to dismiss the Complaint of Nathanial E. Freeman ("Plaintiff") in its entirety on the grounds that Plaintiff has not demonstrated that this Court has personal jurisdiction over Quicken Loans with respect to his claims, Plaintiff has failed to state a claim under the Telephone Consumer Protection Act, and Plaintiff has failed to establish statutory standing to sue and otherwise failed to state a claim under the Illinois Consumer Fraud and Deceptive Business Practices Act. In support thereof, Quicken Loans submits the accompanying Memorandum of Law.

WHEREFORE, Quicken Loans respectfully requests that the Court dismiss Plaintiff's Complaint in its entirety for the reasons detailed in the accompanying Memorandum of Law.

Dated: April 3, 2018                    Respectfully Submitted,

                            By:    */s/ Brooks R. Brown*
                                   Brooks R. Brown
                                   GOODWIN PROCTER LLP
                                   901 New York Ave., N.W.
                                   Washington D.C. 20001
                                   Tel.: (202) 346-4000
                                   Fax: (202) 346-4444
                                   bbrown@goodwinlaw.com

                                   J. Michael Hearon (ARDC# 6307485)
                                   Quarles & Brady LLP
                                   300 North LaSalle Street, Suite 4000
                                   Chicago, IL 60654-3406
                                   (312) 715-5000 | (312) 715-5155 (fax)
                                   michael.hearon@quarles.com

                                   *Attorneys for Quicken Loans Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2018, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

*/s/ Brooks R. Brown*
Brooks R. Brown
