**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Nathanial E. Freeman, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 18 C 1052 |
| | ) | |
| v. | ) | |
| | ) | Judge Marvin E. Aspen |
| Quicken Loans, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Plaintiff's motion to transfer case [21] is granted without opposition. Defendant's motion to dismiss [18] is denied as moot without prejudice. Status hearing of 6/28/2018 is stricken. This case is hereby transferred to the United States District Court for the Northern District of Illinois, Western Division. Civil case terminated.

Date:  May 8, 2018

_____
U.S. District Judge Marvin E. Aspen