

# UNITED STATES DISTRICT COURT
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 5/8/2018

USDC Northern District of Illinois
Western Division
United States Courthouse
327 South Church Street
Rockford, Illinois 61101

RE**:**   Freeman v. Quicken Loans, Inc.
USDC Case Number:  18cv1052

Dear Clerk:

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on 5/8/2018, by the Honorable Marvin E. Aspen.

Please acknowledge receipt of the enclosed copy of this transfer letter.

Sincerely yours,
Thomas G. Bruton, Clerk

By: /s/  J. Hollimon
Deputy Clerk

cc:   All counsel of record

Rev. 09/23/2016

Rev. 09/23/2016