UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NATHANIAL E. FREEMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>QUICKEN LOANS INC.,<br><br>        Defendant. | Case No. 1:18-cv-01052<br><br>Hon. Frederick J. Kapala |

## QUICKEN LOANS INC.'S MOTION TO DISMISS

Quicken Loans Inc. ("Quicken Loans") respectively moves, pursuant to Federal Rules of Civil Procedure 12(b)(2) and (6), to dismiss the Complaint of Nathanial E. Freeman ("Plaintiff") in its entirety on the grounds that Plaintiff failed to oppose Quicken Loans' original Motion to Dismiss, has not demonstrated that this Court has personal jurisdiction over Quicken Loans with respect to his claims, has failed to state a claim under the Telephone Consumer Protection Act, and has failed to establish statutory standing to sue and otherwise failed to state a claim under the Illinois Consumer Fraud and Deceptive Business Practices Act. In support thereof, Quicken Loans submits the accompanying Memorandum of Law.

WHEREFORE, Quicken Loans respectfully requests that the Court dismiss Plaintiff's Complaint in its entirety for the reasons detailed in the accompanying Memorandum of Law.

Dated: May 18, 2018              Respectfully Submitted,

                        By:    */s/ J. Michael Hearon*
                               Brooks R. Brown
                               GOODWIN PROCTER LLP
                               901 New York Ave., N.W.
                               Washington D.C. 20001
                               Tel.: (202) 346-4000
                               Fax: (202) 346-4444
                               bbrown@goodwinlaw.com


                               J. Michael Hearon (ARDC# 6307485)
                               Quarles & Brady LLP
                               300 North LaSalle Street, Suite 4000
                               Chicago, IL 60654-3406
                               (312) 715-5000 | (312) 715-5155 (fax)
                               michael.hearon@quarles.com

                               *Attorneys for Quicken Loans Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2018, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

*/s/ J. Michael Hearon*
J. Michael Hearon