**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| NATHANIAL E. FREEMAN, <br><br> Plaintiff, <br><br> v. <br><br> QUICKEN LOANS INC., <br><br> Defendant. | Case No. 1:18-cv-01052 <br><br> Hon. Frederick J. Kapala <br><br> Hon. Magistrate Judge Iain D. Johnston |

## QUICKEN LOANS INC.'S MOTION TO DISMISS

Quicken Loans Inc. ("Quicken Loans") respectively moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Amended Complaint of Nathanial E. Freeman ("Plaintiff") in its entirety on the grounds that Plaintiff has failed to state a claim under the Telephone Consumer Protection Act, has failed to establish statutory standing to sue under the Illinois Telephone Solicitations Act, and has failed to establish statutory standing to sue and otherwise failed to state a claim under the Illinois Consumer Fraud and Deceptive Business Practices Act. In support thereof, Quicken Loans submits the accompanying Memorandum of Law.

WHEREFORE, Quicken Loans respectfully requests that the Court dismiss Plaintiff's Amended Complaint in its entirety for the reasons detailed in the accompanying Memorandum of Law.

Dated: August 13, 2018　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　By:　　_/s/ J. Michael Hearon_
　　　　　　　　　　　　　　　　Brooks R. Brown
　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　901 New York Ave., N.W.
　　　　　　　　　　　　　　　　Washington D.C. 20001
　　　　　　　　　　　　　　　　Tel.: (202) 346-4000
　　　　　　　　　　　　　　　　Fax: (202) 346-4444
　　　　　　　　　　　　　　　　bbrown@goodwinlaw.com


　　　　　　　　　　　　　　　　J. Michael Hearon (ARDC# 6307485)
　　　　　　　　　　　　　　　　Quarles & Brady LLP
　　　　　　　　　　　　　　　　300 North LaSalle Street, Suite 4000
　　　　　　　　　　　　　　　　Chicago, IL 60654-3406
　　　　　　　　　　　　　　　　(312) 715-5000 | (312) 715-5155 (fax)
　　　　　　　　　　　　　　　　michael.hearon@quarles.com

　　　　　　　　　　　　　　　　*Attorneys for Quicken Loans Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 13, 2018, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

                                         */s/ J. Michael Hearon*
                                         J. Michael Hearon