UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NATHANIEL E. FREEMAN, | |
| Plaintiff, | Case No.: 1:18-cv-01052 |
| v. | Honorable Judge Frederick J. Kapala |
| QUICKEN LOANS, INC., | Honorable Magistrate Ian. D. Johnston |
| Defendant. | |

**PLAINTIFF'S MOTION TO DISMISS COUNT II OF HIS FIRST AMENDED <u>COMPLAINT WITH PREJUDICE</u>**

NOW comes NATHANIEL E. FREEMAN ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd. ("Sulaiman"), and pursuant to Fed. R. Civ. P. 41(a)(2), brings this Motion to Dismiss Count II of his First Amended Complaint with prejudice, and in support thereof, stating as follows:

1. On July 16, 2018, Plaintiff filed his First Amended Complaint ("FAC") seeking relief pursuant to the Telephone Consumer Protection Act ("TCPA"), the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), as well as the Illinois Telephone Solicitation Act ("ITSA") against Quicken Loans, Inc. ("Defendant").

2. Plaintiff no longer wishes to pursue his claims against Defendant under the ICFA, which is Count II of Plaintiff's FAC.

3. Pursuant to Fed. R. Civ. P. 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Dismissal under Rule 41(a)(2) is within the sound discretion of the Court. *Tyco Laboratories, Inc. v. Koppers Co., Inc.*, 627 F.2d

1

54, 56 (7th Cir. 1980). In exercising its discretion, a court must seek to prevent prejudice to the non-moving parties. *Puerto Rico Maritime Shipping Authority v. Leith,* 668 F.2d 45 (1st Cir. 1981). Generally speaking, plaintiffs should be permitted to dismiss their actions freely, unless the defendant would suffer plain legal prejudice. *See Ratkovich v. Smith Kline & French Laboratories,* 1990 U.S. Dist. LEXIS 1279, *8-9 (N.D. Ill. Feb. 2, 1990). Dismissing a claim with prejudice is a protective measure designed to protect defendants from any prejudice stemming from a dismissal. *Id.*

4. Because the instant motion seeks a dismissal of Count II of Plaintiff's FAC with prejudice, Defendant will suffer no legal prejudice as a result of dismissing Count II.

WHEREFORE, Plaintiff, NATHANIEL E. FREEMAN, respectfully requests that this Honorable Court grant Plaintiff's Motion to Dismiss Count II of his First Amended Complaint, and for any relief just and appropriate.

Dated: September 11, 2018            Respectfully submitted,

s/ Eric D. Coleman
Eric D. Coleman, Esq. #6326734
Admitted in the Northern District of Illinois
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8181 105 (phone)
(630) 575-8188 (fax)
ecoleman@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 11, 2018, a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Northern District of Illinois, with notification being sent electronically to the following:

QUARLES & BRADY, LLP

James Michael Hearon
michael.hearon@quarles.com

300 N. LaSalle St.
Suite 4000
Chicago, IL 60654



GOODWIN PROCTER LLP

W. Kyle Tayman
KTayman@goodwinlaw.com

901 New York Ave, NW
Washington, DC 20001


                                        s/ Eric D. Coleman
                                        Eric D. Coleman, Esq. #6326734
                                        Admitted in the Northern District of Illinois