# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Nathanial E. Freeman
                        Plaintiff,

v.                                          Case No.: 1:18−cv−01052
                                                  Honorable Frederick J. Kapala

Quicken Loans, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 14, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: The plaintiff's motion to voluntarily dismiss Count II of his amended complaint [51] is transferred to Judge Kapala to be decided with the defendant's motion to dismiss [47]. The motion for leave to file an amended response [54] is unopposed and granted. By 9/14/2018 the plaintiff shall file the amended response as a separately−docketed entry. Presentment of the motions set for 10/18/2018 and 9/20/2018 are stricken. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.