# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATHANIAL E. FREEMAN, | Case No. 1:18-cv-01052 |
| Plaintiff, | |
| v. | Honorable Judge Sara L. Ellis |
| QUICKEN LOANS, INC., | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, NATHANIAL E. FREEMAN, and the Defendant, QUICKEN LOANS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against QUICKEN LOANS, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: January 14, 2020                              Respectfully Submitted,

| **NATHANIAL E. FREEMAN** | **QUICKEN LOANS, INC.** |
|---|---|
| /s/ Nathan C. Volheim | /s/ Joseph F. Yenouskas (*with consent*) |
| Nathan C. Volheim | Joseph F. Yenouskas |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Goodwin Procter LLP |
| 2500 S. Highland Avenue, Suite 200 | 1900 N. Street, NW |
| Lombard, Illinois 60148 | Washington, DC 20036 |
| Phone: (630) 575-8181 | Phone: (202) 346-4164 |
| Fax :(630) 575-8188 | Jyenouskas@goodwinlaw.com |
| nvolheim@sulaimanlaw.com | |

ACTIVE/101990730.1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim